Sherwood J. Reese
Sherwood.reese@comcast.net
Drew L. Johnson, P.C.
sherwoodreese@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466

Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **ALLYSON F. WRIGHT,** | Civil No. 6:16-cv-01529-JR |
| Plaintiff, | |
| vs. | ~~AMENDED~~ ORDER APPROVING AUXILIARY ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b) |
| **Commissioner of Social Security Administration,** | |
| Defendant. | |

After considering Plaintiff's Motion, and Counsel for Defendant having no objection, Motion is hereby granted in the sum of $26,231.00 for attorney fees pursuant to 42 U.S.C. §406(b) regarding Plaintiff's auxiliary retroactive benefits on behalf of Jeremy and Margaret Roberts. Defendant shall pay this amount to Plaintiff's counsel,

ORDER APPROVING AUXILIARY FEES PURSUANT TO 42 U.S.C §406 (b) - 1

Drew L. Johnson, PC, 1700 Valley River Drive, Eugene, OR 97401, less any administrative assessment pursuant to 42 U.S.C. 406(d).

IT IS SO ORDERED this day of August 6, 2019

*John A. Russo*

U.S. ~~District Judge~~/Magistrate Judge

PRESENTED BY:

By: /s/ DREW L. JOHNSON
Drew L. Johnson, OSB #75200
Of Attorneys for Plaintiff